# 341 MEETING REPORT

DEBTOR: JOSHUA MCKINLEY HORNICK
CO-DEBTOR:
ATTORNEY: MATTHEW JAMES DUNCAN

CASE NUMBER: 17-11561-SDB
DATE FILED: Oct 13, 2017
TRACK NO. _10_

DATE OF MEETING: Nov 8, 2017

MEETING CONCLUDED: ☒ Yes ☐ No

CONTINUED TO: _____

## APPEARANCES

☒ Debtor     ☒ Debtor Sworn          ☒ Attorney for Debtor(s)
☐ Co-Debtor  ☐ Co-Debtor Sworn       ☐ Asset Case
                                      ☒ No Asset Case

**CREDITORS:**
_____
_____

| COMPLETE | OUTSTANDING | |
|---|---|---|
| ☒ | ☐ | Debtor has filed a Credit Counseling Certificate from an approved agency. |
| ☒ | ☐ | Debtor has provided required tax returns. |
| ☒ | ☐ | Schedules and Statement of Financial Affairs have been filed. |
| ☒ | ☐ | Means Test Form has been filed. |
| ☒ | ☐ | The number of dependents on Means Test Form agree with schedules and tax returns. |
| ☒ | ☐ | Debtor has provided Employee Income Records. |
| ☒ | ☐ | If debtor has a non-filing spouse, spousal income information is provided. |
| ☒ | ☐ | Debtor has not previously filed bankruptcy. |
| ☒ | ☐ | This case has no Health Care Business issues or issues concerning the potential sale or transfer of personally identifiable information of individuals. |
| ☒ | ☐ | Identification verified by photo I.D. and social security document. |
| ☒ | ☐ | Trustee requests amendments to schedules. |
| ☒ | ☐ | Address of debtor(s) verified and venue proper. |
| ☒ | ☐ | 11 U.S.C. §341(d) compliance. |
| ☒ | ☐ | Other debtor-related issues as described below. |

For the items marked "Outstanding" above or for any other issues of concern to the Trustee, please provide details of the outstanding issues and any follow-up deadlines (if additional space is needed, continue on reverse side). CONTINUED §341 MEETING.

_____
_____

I have reviewed the case file and questioned the debtor(s) at the §341(a) Meeting of Creditors. I have verified the above information and have identified any outstanding issues, as indicated above.

_____
Trustee Presiding at Meeting

This form must be filed with the Bankruptcy Court with a copy to the U. S. Trustee within 48 hours of the §341(a) Meeting.